**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Jennifer L. Thurston      **RE: Bobby Ray Eddy**
United States District Judge         **Docket Number: 0972 1:04CR05220-1**
Fresno, California                  **<u>RECOMMENDATION TO DISMISS</u>**
                                     **<u>PETITION AND RECALL WARRANT</u>**

Your Honor:

Bobby Eddy was placed on a three-year term of probation on October 7, 2005, for driving under the influence of alcohol in violation of 43 CFR 8341.1(f)(3), which is a Class A misdemeanor. The offense involved Mr. Eddy operating a vehicle in an area of land under the jurisdiction of the Bureau of Land Management while under the influence of alcohol.

On April 18, 2006, a petition requesting a warrant be issued was submitted to the Court and signed on April 24, 2006. The violation allegations in the petition include a positive drug test for marijuana on March 20, 2006, and an arrest by the Mariposa County Probation Department for being under the influence of alcohol on April 12, 2006. Although the petition was signed by the Court, it does not appear it was ever received by the United States Marshals Service.

Sentencing was imposed nearly 20 years ago and the petition for a warrant was signed in 2006. If the matter were to be heard by the court, there is no evidence available to support the allegations outlined in the petition. It is unknown if the positive drug test for marijuana on March 20, 2006, was submitted for laboratory confirmation. I also inquired with Mariposa County Probation and learned that there are no records available pertaining to Mr. Eddy's arrest on April 12, 2006. Based on the amount of time that has elapsed and the lack of available evidence to support the violation allegations, it respectfully recommended that the petition be dismissed, and the warrant be recalled.

Initially, the plan was to provide the warrant to United States Marshals Service. However, after discussing the matter further with United States Attorney's Office, it appears that this recommendation to dismiss and recall the warrant is the most appropriate course of action. The United States Attorney's Office is aware of this matter and has no objection to the petition being dismissed.

REV. 09/2020
CAE___MEMO__COURT (W ORDER)

RE:    **Bobby Ray Eddy**
       **Docket Number:   0972 1:04CR05220-1**

**Recommendation**: Based on the above information, the undersigned requests the petition be dismissed, and the warrant issued on April 25, 2006, be recalled.

<table>
<tr><td align="center">**Respectfully submitted,**</td><td align="center">**Reviewed by,**</td></tr>
<tr><td align="center">**Benjamine Roberts**<br>**United States Probation Officer**</td><td align="center">**John Green**<br>**Supervisory United States Probation Officer**</td></tr>
</table>

**Dated:**    July 3, 2025
             Fresno, California

---

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved        ☐ Disapproved

IT IS SO ORDERED.

Dated:   **July 3, 2025**                        UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:    Kimbery Sanchez
       Assistant United States Attorney

       Carrie Leonetti
       Defense Counsel

REV.  09/2020
CAE___MEMO__COURT (W ORDER)